STATEMENT IN
SUPPORT OF PROBABLE CAUSE

IN RE:   Alberto Ajin CHAY

I, James C. Allison III, declare and state as follows:

On or about December 24, 2024 the defendant Alberto Ajin CHAY was apprehended in Laredo, Texas. After a brief interview it was determined that, Alberto Ajin CHAY was an undocumented alien from Guatemala and subsequently placed under arrest. Further investigation revealed that Alberto Ajin CHAY was previously REMOVED from the United States on 04/02/2009 at New Orleans, Louisiana. There is no record that Alberto Ajin CHAY has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 25th day of December, 2024 at Laredo, Texas.

James C. Allison III
Border Patrol Agent
United States Border Patrol